IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DANIEL ERIC COBBLE, GDC 758572, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACT. NO. 2:19-cv-705-ECM |
| | ) | (WO) |
| UNITED STATES GOVERNMENT, | ) | |
| | ) | |
| Respondent. | ) | |

**MEMORANDUM OPINION and ORDER**

This 28 U.S.C. § 2241 petition for writ of habeas corpus is before the Court on the Recommendation of the Magistrate Judge dated October 30, 2019. (Doc. 4). On November 6, 2019, the Petitioner filed objections. (Doc. 5). After an independent review of the file and upon consideration of the Recommendation, and for good cause, it is

ORDERED as follows:

1. the Petitioner's objections are OVERRULED;

2. the Recommendation of the Magistrate Judge is ADOPTED; and

3. this case is DISMISSED without prejudice for lack of jurisdiction.

A separate Final Judgment will be entered.

Done this 12th day of November, 2019.

        /s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE